**No. 49170.**—Protests 996140–G, etc., of Knickerbocker Mills Co. et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, JANUARY 28, 1944

**No. 49171.**—Protests 92680–K, etc., of N. Y. Merchandise Co., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the articles in question are similar to those involved in Abstract 44140 the protests were sustained to this extent.

**No. 49172.**—Protest 93788–K of N. Y. Merchandise Co., Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the monkeys in question are similar to those the subject of Abstract 25607. They were therefore held dutiable at 50 percent under paragraph 1519 (e) as claimed.

**No. 49173.**—Protest 104683–K of Strauss-Eckardt Co., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstract 39948 the horns in question were held dutiable at 45 percent under paragraph 397 as claimed.

**No. 49174.**—Protests 47313–K, etc., of Fook Lee & Co. (Philadelphia).

Opinion by COLE, J. The merchandise was classified and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247). In accordance with stipulation of counsel and on the authority of said cited case the merchandise at bar was found to contain salt and was therefore excluded from paragraph 5 (chemical compounds). The protests were sustained.